A. J. SHARP, ESQ.
Nevada Bar No.11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA C. YONKEY, individually,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-01498-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

///

///

///

///

///

///

///

///

///

1 | or her own costs and attorney's fees.

2 | DATED this 27 day of September, 2011.     DATED this 3rd day of October, 2011.

3 | **BENSON, BERTOLDO, BAKER**               **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4 | **& CARTER, CHTD.**

5 |
6 | /s/ Brett A. Carter                        /s/ A. J. Sharp
  | _____                   _____
7 | Brett A Carter, Esq.                       A. J. Sharp, Esq.
  | 7408 West Sahara Avenue                    504 South Ninth Street
8 | Las Vegas, Nevada 89117                    Las Vegas, Nevada 89101
  | *Attorneys for Plaintiff*                  *Attorneys for Defendant*
9 | *Lisa C. Yonkey*                           *Wal-Mart Stores, Inc.*

10 |
11 | **ORDER**

12 | PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

13 | it is hereby:

14 | ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

15 | with prejudice, each party to bear their own costs and attorney's fees.

16 | DATED: October 4, 2011.

17 |
18 |                                            _____
19 |                                            U.S. DISTRICT JUDGE

20 | Respectfully submitted by:

21 | **PHILLIPS, SPALLAS & ANGSTADT, LLC**

22 | _____ 10/03/2011
23 | A. J. Sharp, Esq.
   | 504 South Ninth Street
24 | Las Vegas, Nevada 89101
   | *Attorneys for Defendant*
25 | *Wal-Mart Stores, Inc.*

26 |
27 |
28 |